IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MELANIE K. FRITZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | CIV. A. NO. 6:16-cv-00361 RWS-KNM |
| | § | |
| | § | |
| **WAL-MART STORES, INC. AND** | § | |
| **WAL-MART STORES TEXAS, LLC** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER OF DISMISSAL

Defendants Wal-Mart Stores, Inc. and Wal-Mart Stores Texas, LLC ("Defendants") and Plaintiff Melanie K. Fritz ("Plaintiff") have announced that all claims asserted by Plaintiff in this cause, including but not limited to, all claims which could have been asserted by Plaintiff in this cause of action, have been fully and finally compromised and settled. The parties have further requested the dismissal of this entire lawsuit, each cause of action asserted therein, and each cause of action which could have been asserted by Plaintiff therein, with prejudice.

IT IS, THEREFORE, ORDERED, that this lawsuit and all claims asserted therein, or which could be asserted by Plaintiff therein, are DISMISSED WITH PREJUDICE to the rights of Plaintiff to file, refile or reinstate the same or any part thereof in this or any other court, tribunal or forum.

IT IS ORDERED that each party shall bear their or its own costs.

All relief not expressly granted herein is DENIED.

**SIGNED this 20th day of January, 2017.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE